IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| AMON-JAMAL HOTEP RA EL BEY, | : | PRISONER CIVIL RIGHTS |
| a/k/a JERMAINE LEJUANE HILL, | : | 42 U.S.C. § 1983 |
|     Plaintiff, | : | |
| | : | |
|     v. | : | |
| | : | |
| PATRICK GILBERT, et al., | : | CIVIL ACTION NO. |
|     Defendants. | : | 1:15-CV-577-WSD-GGB |

## FINAL REPORT AND RECOMMENDATION

Plaintiff, Amon-Jamal Hotep Ra El Bey, also known as Jermaine LeJuane Hill, submitted a civil rights complaint pursuant to 42 U.S.C. § 1983. [Doc. 1]. On March 5, 2015, I ordered Plaintiff to submit, within thirty (30) days, either the total filing and administrative fees of $400.00 or a completed application for leave to proceed *in forma pauperis*. [Doc. 2 at 1]. I advised Plaintiff that failure to comply with my Order could result in the dismissal of this case. [*Id.* at 2].

As of April 10, 2015, the docket sheet for this case indicates that Plaintiff has neither paid the required fees nor submitted a completed application for leave to proceed *in forma pauperis*. Plaintiff has not otherwise responded. Accordingly, I **RECOMMEND** that this action be **DISMISSED WITHOUT PREJUDICE** for

Plaintiff's failure to comply with a lawful order of the Court.  *See* Fed. R. Civ. P. 41(b); LR 41.3A(2), ND Ga.

The Clerk is **DIRECTED** to terminate the referral to me.

**IT IS SO RECOMMENDED**, this 13th day of April, 2015.

*Gerrilyn G. Brill*
GERRILYN G. BRILL
UNITED STATES MAGISTRATE JUDGE

2

AO 72A
(Rev.8/82)